Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117
(619)719-9640
anton@antonewing.com

Collette Stark
2175 Cowley Way
San Diego, CA 92110
(619) 347-0726
videosolutions@me.com

Plaintiffs in pro per

FILED
SEP 18 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Collette Stark, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>Travel Transparency, LLC<br>a California limited liability company;<br>*et al.*<br>Defendants. | Civil Case No. 20-cv-01645-WQH-MSB<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT, THE COURT AND ALL PARTIES:

May is please the Court, Plaintiffs Anton Ewing and Collette Stark hereby give Notice of Settlement between Defendants Travel Transparency, LLC, a

- 1 -

20CV1645

California limited liability company, Derek Gough, an individual Diversified Global Ventures, Inc, an Arizona corporation. The parties expect to have the settlement completed within 60 days and will file a joint motion to dismiss at that time.

Dated: September 16, 2020

                                      Anton Ewing
                                      ___/S/ *Anton Ewing*___
                                      Anton Ewing, Plaintiff
                                      Pro per
                                      anton@antonewing.com

                                      Collette Stark
                                      ___/S/ *Collette Stark*___
                                      Collette Stark, Plaintiff
                                      Pro per
                                      videosolutions@me.com

# PROOF OF SERVICE

I, Anton Ewing, am over 18, and a pro per plaintiff in this matter.  I have filed this Notice of Settlement and had it served on Defendants as follows:

**Civil Case No. 20-cv-01645-WQH-MSB has been mailed to:**

I have also mailed by US Mail, postage pre-paid, first class to:

Tim Nash, Esq.
8898 Navajo Rd, #C354
San Diego, CA 92119

I swear under penalty of perjury that the above was served as stated.
Dated: September 16, 2020

/S/ Anton Ewing
Anton Ewing