FILED

SEP 24 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       m/        DEPUTY

Anton Ewing (NOT AN ATTORNEY)
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640

Collette Stark
2175 Cowley Way
San Diego, CA 92110
619-347-0726

Tim Nash, Esq. #144727
8898 Navajo Rd., #C354
San Diego, CA 92119

Plaintiffs In *Pro Per*

*Attorney for Defendants*

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br>Collette Stark,<br><br>Plaintiffs,<br><br>vs.<br><br>Travel Transparency, LLC, a California limited liability company,<br>Derek Gough, an individual,<br>Diversified Global Ventures, Inc, an Arizona corporation<br><br>Defendants. | Civil Case No.:20-cv-1645-WQH-MSB<br><br>**RULE 41 JOINT MOTION TO DISMISS**<br><br>[*The Honorable District Judge William Q. Hayes*]<br><br>[*The Honorable Magistrate Judge Michael S. Berg*] |

May it please the Court, Plaintiffs Anton Ewing and Collette Stark as well as Defendants Travel Transparency, LLC, a California limited liability company, Derek Gough, an individual, and Diversified Global Ventures, Inc, an Arizona corporation, hereby jointly move the Court, pursuant to FRCP 41, to dismiss this

JOINT MOTION TO DISMISS - 1

20CV1645

case with prejudice as to all parties and close the case file. The Court is requested to retain jurisdiction to enforce the confidential settlement agreement for 180 days if it pleases the Court. Each side is to pay its own attorney fees and costs.

The parties thank the Court for its time, effort and consideration in this matter.

Respectfully submitted.

Dated:  September 21, 2020

_____
Anton Ewing,
Plaintiff

_____
Collette Stark,
Plaintiff

/s/  *Timothy J. Nash*
Tim Nash, Esq.
For:  Defendants

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this Joint Motion to Dismiss and had it served on Defendants as follows:

**3:20-cv-1645 WQH MSB**
**has been mailed to:**

and by US Mail, postage pre-paid, first class to:

Tim Nash, Esq.
8898 Navajo Rd., #C354
San Diego, CA 92119

All registered ECF users were served by the CM/ECF system on the date posted on the docket.

I swear under penalty of perjury that the above was served as stated.

Dated: September 21, 2020

/S/ *Anton Ewing*
Anton Ewing

FEDERAL DISTRICT COURT
CLERK of COURT
333 WEST BROADWAY BLVD
SAN DIEGO CA 92101

SEP 24 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED