UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING; and COLLETTE STARK, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVEL TRANSPARENCY, LLC, a California limited liability company; DEREK GOUGH, an individual; and DIVERSIFIED GLOBAL VENTURES, INC., an Arizona corporation, <br><br> Defendants. | Case No.:  20-cv-1645-WQH-MSB <br><br> **ORDER** |

HAYES, Judge:

  Pursuant to the parties' Rule 41 Joint Motion to Dismiss (ECF No. 8),

  IT IS HEREBY ORDERED that this case is dismissed with prejudice as to all parties. Each side is to pay its own attorneys' fees and costs. The Clerk of the Court shall close the case.

 Dated:  September 30, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court